AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>GARY PRICE<br><br>Defendant(s) | Case No. 1:25-mj-02029-DRM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/1/2024__ in the county of _____ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §751(a) | Escape From Custody Resulting From Conviction |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_Garrett Russell_
Complainant's signature

Garrett Russell, Deputy U.S. Marshal
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 13, 2025

Judge's signature

City and state: Baltimore, MD

Douglas R. Miller, U.S. Magistrate Judge
Printed name and title